```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02510-HWV
Stephen R Abel                                                      Chapter 13
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: MMchugh              Page 1 of 1            Date Rcvd: Jul 17, 2019
                               Form ID: ntnew341          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db              +Stephen R Abel,    780 Fahs Street,    York, PA 17404-2446
5209095         +MR COOPER,    PO BOX 650783,    DALLAS, TX 75265-0783
5212828         +Nationstar Mortgage LLC d/b/a Mr. Cooper, or its S,     c/o,    McCabe, Weisberg & Conway, LLC,
                  123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 19:47:11
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5223714          E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2019 19:20:00      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
5209821         +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 19:24:35      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:   /s/Joseph Speetjens

---

                      **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, or its
               Successor or Assignee ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stephen R Abel,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–02510–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 15, 2019<br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 17, 2019 |

ntnew341 (04/18)